**DISMISS and Opinion Filed September 20, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-16-00508-CV**

**SM MONTERREY GROUP, LLC, Appellant**
**V.**
**ARTURO MACIAS AND INDOOR SOCCER ZONE, LLC, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01924**

# MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Evans

Before the Court is the parties' joint motion to dismiss the appeal. We grant the parties'

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2).

/David Evans/
DAVID EVANS
JUSTICE

160508F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SM MONTERREY GROUP, LLC,
Appellant

No. 05-16-00508-CV      V.

ARTURO MACIAS AND INDOOR
SOCCER ZONE, LLC, Appellees

On Appeal from the 134th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-01924.
Opinion delivered by Justice Evans.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 20th day of September, 2016.